IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD DALE TALBOTT**, Inmate #04895-028, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) ) |
| **SARAH REVELL**, | ) ) |
| Respondent. | ) ) |

CIVIL NO. 05-288-MJR

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Petitioner, an inmate in the Federal Correctional Institution in Greenville, Illinois, brings this habeas corpus action pursuant to 28 U.S.C. § 2241 challenging the conviction and sentence imposed by the United States District Court for the Southern District of Indiana. He also seeks leave to proceed *in forma pauperis* (Doc. 3).

According to an order of the Court of Appeals for the Seventh Circuit, Petitioner has filed "at least nine separate lawsuits" attacking his criminal sentence. As a result, the Seventh Circuit has barred him from filing any collateral attacks on his current conviction in the Court of Appeals or any district court. Petitioner was sanctioned with a fine of $500, and until the fine is paid, all district court clerks in the circuit were ordered to return unfiled any papers filed by Talbott attacking his criminal conviction. *Talbott v. United States*, No. 03-1106 (7th Cir. August 5, 2003), *cert. denied*, 540 U.S. 1066 (December 1, 2003).

Accordingly, this action is **DISMISSED**. The pending motions for leave to proceed in forma

pauperis and for emergency injunctive relief are **DENIED** as moot.

      **IT IS SO ORDERED.**

      **DATED this 16th day of May, 2005.**

                                                <u>**s/ Michael J. Reagan**</u>
                                                **MICHAEL J. REAGAN**
                                                **United States District Judge**